# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| VICTORIA L. McGUIRE ) | CASE NO:     1:14-CV-00220 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | NANCY A. VECCHIARELLI |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | **MEMORANDUM OPINION** |
| Security, ) | **AND ORDER** |
| ) | **(Doc. No. 18)** |
| Defendant. ) | |

This case is before the undersigned Magistrate Judge by the consent of the parties. (Doc. No. 11.)  On April 7, 2015, Plaintiff, Victoria L. McGuire ("Plaintiff"), through her attorney, Paulette Balin, filed a motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $5,426.33.  (Application for Attorney Fees ("EAJA Application"), Doc. No. 18.)  The Commissioner did not file any opposition to the EAJA Motion.

On April 21, 2015, the parties filed a Joint Proposed Stipulation to an Award of Fees under the EAJA in the amount of $4,750.00.  (Doc. No. 21.)  The Court finds the stipulated amount to be reasonable.  Therefore, the Court awards Plaintiff $4,750.00 in attorney fees pursuant to the EAJA.  This award shall satisfy all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412.

If counsel for the parties can verify that Plaintiff owes no pre-existing debts to the United States that are subject to offset, Defendant shall direct that the award be made

payable to Plaintiff's counsel subject to the assignment signed by Plaintiff and her counsel, and shall direct the Treasury Department to mail any check in this matter to the business address of Plaintiff's counsel.

**IT IS SO ORDERED.**

s/ <u>Nancy A. Vecchiarelli</u><br>U.S. Magistrate Judge

Date: April 22, 2015